ESTHER SIMON, Respondent, *v.* L. INGBER, Known as LEOPOLD INGBER, et al., Appellants.

Supreme Court, Appellate Term, First Department, March 4, 1954.

*Edward E. Hoenig* for appellants.

No appearance for respondent.

Order affirmed.

Concur: HAMMER, HOFSTADTER and EDER, JJ.